IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01626-DME-MJW

THEODORE HEWING,

    Plaintiff,

v.

BRIGHAM SLOAN, Warden,
GARY PHILLIPS, Correctional Officer, and
GRETTA RAFFERTY, Correctional Officer,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 29 2010

GREGORY C. LANGHAM
                CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated: <u>November 29, 2010</u>

                BY THE COURT:

                <u>S/ Michael J. Watanabe</u>
                UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01626-DME-MJW

Theodore Hewing
Prisoner No. 108886
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

Doris Cody – **CERTIFIED**
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573
**SERVICE DOCUMENTS FOR:**
**Brigham Sloan, Gary Phillips, and Gretta Rafferty**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Doris Cody for service of process on Brigham Sloan, Gary Phillips, and Gretta Rafferty: AMENDED COMPLAINT FILED 9/27/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/29/10.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk