IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-01626-DME-MJW

THEODORE HEWING,

Plaintiff(s),

v.

BRIGHAM SLOAN, Warden
GARY PHILLIPS, Correctional Officer,  and
GRETTA  RAFFERTY, Correctional Officer,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is HEREBY ORDERED that the *Motion for Order*, DN 29, filed May 10, 2011, and the *Motion for Order*, DN 31, filed on May 12, 2011, which are both letters construed by the court as motions to appear by phone or to be transported to the court for a Scheduling/Planning Conference on May 20, 2011, and are both GRANTED as follows:

The motions are GRANTED in that the case manager/inmate coordinator shall permit the plaintiff's attendance at the scheduling conference on May 20, 2011, at 9:00 a.m. **by telephone conference call** and is directed to make the appropriate arrangements to ensure the plaintiff's availability for the conference call.  The court's telephone number is (303) 844-2403.

Date:  May 13, 2011