IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-01626-DME-MJW

THEODORE HEWING,

Plaintiff(s),

v.

BRIGHAM SLOAN, Warden
GARY PHILLIPS, Correctional Officer,  and
GRETTA  RAFFERTY, Correctional Officer,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is HEREBY ORDERED that the plaintiff's letter motion (Docket No. 45) requesting the court to make copies of the enclosed requests for admissions, exhibits 3, 4, and 5 (see Docket No. 43), and send them to defense counsel, and the plaintiff's letter motion (Docket No. 46) requesting that the court make copies of declarations, exhibits 6, 7, 8, 9, 10, 11, 12, and 13 (see Docket No. 44), and send them to defense counsel are both DENIED.  It is the plaintiff's responsibility, not the court's, to provide defense counsel with a copy of all documents filed with the court.  Being granted *in forma pauperis* status does not entitle plaintiff to have the court make and mail copies for him.

Date: June 14, 2011