IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-01626-DME-MJW

THEODORE HEWING,

Plaintiff(s),

v.

BRIGHAM SLOAN, Warden
GARY PHILLIPS, Correctional Officer,  and
GRETTA  RAFFERTY, Correctional Officer,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is HEREBY ORDERED that the plaintiff's letter motion (Docket No. 50) is granted, and it is thus further

    ORDERED that the Denver Sheriff Department shall make the necessary arrangements for the plaintiff, Theodore Hewing, to telephone the court at (303) 844-2403 on August 4, 2011, at 1:30 p.m. to enable him to participate in a settlement conference in this matter.

Date: July 7, 2011