IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01626-DME-MJW

THEODORE HEWING,

    Plaintiff,

v.

BRIGHAM SLOAN, Warden
GARY PHILLIPS, Correctional Officer, and
GRETTA RAFFERTY, Correctional Officer,

    Defendants.

---

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION TO VACATE SETTLEMENT CONFERENCE**
( Docket No 54 )

---

This matter comes before the Court upon Defendants' Unopposed Motion to Vacate Settlement Conference currently scheduled for August 4, 2011.

The Court, having reviewed the Motion and being fully advised, hereby GRANTS the Motion and ORDERS that the Settlement Conference is VACATED and RESCHEDULED for September 29, 2011, commencing at 1:30 a.m./p.m., in Courtroom A-502.

DATED this 20th day of July 2011.

*Confidential Settlement Statements shall be due September 23, 2011.*

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO