IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01626-DME-MJW

THEODORE HEWING,

    Plaintiff,

v.

BRIGHAM SLOAN, Warden
GARY PHILLIPS, Correctional Officer, and
GRETTA RAFFERTY, Correctional Officer,

    Defendants.

---

**ORDER GRANTING DEFENDANTS' MOTION TO ALLOW DEPOSITION OF PLAINTIFF THEODORE HEWING PURSUANT TO FED. R. CIV. P. 30(a)(2)**
( Docket No. 66 )

---

This matter comes before the Court on Defendants' Motion to Allow Deposition of Plaintiff Theodore Hewing Pursuant to Fed. R. Civ. P. 30(a)(2) filed August 11, 2011. The Court hereby Orders as follows:

The Motion is granted. Defendants are hereby permitted to take the deposition of Plaintiff Theodore Hewing at the Jefferson County Detention Facility or any future correctional facility where he may be moved subsequent to this Order. Counsel for Defendants shall work with the appropriate officials of the involved correctional facility to schedule the deposition on a date that is convenient for all parties.

Dated this 12th day of August 2011.

BY THE COURT:

_/s/ Michael J. Watanabe_

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO