IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01626-DME-MJW

THEODORE HEWING,

Plaintiff(s),

v.

BRIGHAM SLOAN, Warden
GARY PHILLIPS, Correctional Officer,  and
GRETTA  RAFFERTY, Correctional Officer,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Plaintiff's Motion for Protective Order: Terminating the Deposition of Plaintiff Theodore Hewing (docket no. 75) is DENIED for those reasons as outlined in the Defendants' response (docket no. 81) which this court incorporates by reference.  The parties shall meet, confer and clear a new date to complete the Pro Se Plaintiff Theodore Hewing's deposition by September 30, 2011.

It is FURTHER ORDERED that the Pro Se Plaintiff's Motion Requesting Court Order: Directing Defendants to Send Plaintiff a Copy of Defendants' First Supplemental Fed. R. Civ. P. 26(a)(1) Disclosures (docket no. 71) is GRANTED.  Defendants shall resend another copy of their First Supplemental Fed. R. Civ. P. 26(a)(1) Disclosures to the Pro Se Plaintiff by September 30, 2011.

Date:   September 22, 2011