IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01626-DME-MJW

THEODORE HEWING,

    Plaintiffs,

v.

BRIGHAM SLOAN, Warden
GARY PHILLIPS, Correctional Officer, and
GRETTA RAFFERTY, Correctional Officer,

    Defendants.

_____

**ORDER GRANTING UNOPPOSED JOINT STIPULATED
MOTION FOR DISMISSAL WITH PREJUDICE**
_____

THIS MATTER having come before the Court on the Parties' Joint Stipulated Motion for Dismissal with Prejudice, and being fully advised in the premises, it is hereby ORDERED this matter is DISMISSED WITH PREJUDICE with each party to pay their own costs and attorneys' fees.

DATED this 18th day of October, 2011.

                                        BY THE COURT:

                                        *s/ David M. Ebel*

                                        _____
                                        United States District Court Judge